IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

LAWRENCE CHARLES DON

CASE NO. 10-42622
CHAPTER 11
JUDGE BRENDA T. RHOADES

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by America's Servicing Company, to serve as its authorized agent to, inter alia, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/J. Felicia LeRay
_____
J. Felicia LeRay, Esq. Georgia Bar No. 142308
1544 Old Alabama Road
Roswell, Georgia  30076-2102
678-281-3945/866-293-8554 Fax

*Authorized Agent for America's Servicing Company*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

LAWRENCE CHARLES DON

CASE NO. 10-42622
CHAPTER 11
JUDGE BRENDA T. RHOADES

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 16th day of September, 2010.

<u>Debtor's Attorney</u>

Lawrence Charles Don, Esq.
700 Eagles Landing Boulevard
Oak Point, TX  75068

<u>Chapter 11 Trustee</u>

NEED TRUSTEE

Respectfully submitted,

McCALLA RAYMER, LLC

/s/J. Felicia LeRay

_____
J. Felicia LeRay, Esq. Georgia Bar No. 142308
1544 Old Alabama Road
Roswell, Georgia  30076-2102
678-281-3945/866-293-8554 Fax