IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| LAWRENCE CHARLES DON | § | Case No. 10-42622 |
| | § | **Chapter 11** (Small Business) |
| | § | |
| **Debtor** | § | |

**DEBTOR'S (1) CERTIFICATE OF SERVICE CONCERNING AND (2) VERIFICATION OF THE SOLICITATION MATERIALS TRANSMITTED TO CREDITORS RELATED TO DEBTOR'S SECOND CHAPTER 11 PLAN OF REORGANIZATION**

In compliance with the Court's Disclosure Statement Order (*defined below),* the undersigned hereby certifies that on February 18, 2011, he took the following actions with respect to service of the following documents upon the parties as noted:

(1) Chapter 11 Small Business Disclosure Statement Related to Second Plan of Reorganization for Lawrence Charles Don ("Disclosure Statement"),

(2) Second Plan of Reorganization of Lawrence Charles Don ("Second Plan"),

(3) Order Conditionally Approving Debtor's Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Debtor's Proposed Second Plan of Reorganization and/or Objections to Confirmation of Proposed Plan and Setting Hearing to Consider Final Approval of Debtor's Disclosure Statement and Confirmation of Debtor's Second ("Disclosure Statement Order") entered on February 15, 2011; and

(4) Ballot for Accepting or Rejecting Second Plan of Reorganization ("Ballot") and a self-addressed return envelope. Two versions of the Ballot were used reflecting the specific voting Classes into which a creditor was classified by the Second Plan.

1. As to creditors entitled to vote to accept or reject the Second Plan, I served via U.S. first class mail a package consisting of a correct copy of the Disclosure Statement, the Second Plan (attached as Exhibit "A" to the Disclosure Statement), the Order and the appropriate form of the Ballot. The service list of voting creditors is attached hereto as

Exhibit "A."

2.  As to other creditors and parties in interest entitled to notice, I served a copy of the Disclosures Statement, Second Plan and the Order. The Service list of parties receiving theses documents is attached as Exhibit "B."

3.  The two different forms of Ballots used are attached hereto as Exhibit "C-1" (Class 3 Secured) and "C-2" (Class 4 Unsecured). Each was affixed with a mailing label which identified the creditor, its address, the amount of its claim and the basis of the claim (either by proof of claim or by scheduling of the Debtor).

4.  Finally, attached as Exhibit "D-1" is the Disclosure Statement, to which the Second Plan is denoted as an exhibit, and "D-1" a copy of the Order. These documents are attached in the form transmitted as noted above, save and except that they were copied front and back to conserve paper and postage. .

WHEREFORE, the undersigned certifies to the foregoing as true and correct.

Dated: February 24, 2011.

**BLOCK & GARDEN, LLP**

   /S/ I. Richard Levy
I. Richard Levy
State Bar No. 12265020
5459 Sherry Lane, Suite 900
Dallas, Texas 75225
Tel: (214) 866-0990
Fax: (214) 866-0991
*levy@bgvllp.com*

**COUNSEL FOR THE DEBTOR IN POSSESSION**