# Exhibit "A"

American Express Bank, FSB
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Bank of America
P.O. Box 15184
Wilmington, DE 19850

Candica L.L.C.
C/O Weinstein And Riley
2001 Western Avenue, Ste 400
Seattle, Wa 98121

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Citi Card
P.O. Box 6000
The Lakes, NV 89163

Denton Regional Medical Center
P.O. Box 99400
Louisville, KY 40269

Fia Card Services, NA
DE5-023-03-03
1000 Samoset Drive
Newark, DE 19713

Friedman & Feiger, LLP
5301 Spring Valley Rd., Ste 200
Dallas, TX 75254

Toyota Motor Credit Corporation
P.O. Box 8026
Cedar Rapids, IA 52408-8026

Toyota Motor Credit Corporation
P.O. Box 8026
Cedar Rapids, IA 52408-8026

Lexus Financial Services
P.O. Box 6331
Fargo, ND 58125

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Viewtech Structural Engineers
4205 Beltway Drive
Addison, TX 75001



America's Servicing Company
c/o  Jeannette F. LeRay
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

American Express
P.O.Box 297879
Ft. Lauderdale, FL 33329

Bank of America
P.O. Box 15026
Wilmington, DE 19850

Capital One
P.O. Box 30273
Salt Lake City, UT 84130

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Chase Card
P.O. Box 15298
Wilmington, DE 19850

Marcus Salitore, Esq.
US Trustee Office
110 N. College Ave., Room 300
Tyler, TX 75702-7231

U.S. Attorney General, DOJ
10th & Constitution Ave., NW
Washington, DC 20530-0001

Stillwater National Bank
P.O. Box 1988
Stillwater, OK  74076

Victor Lissiak
4205 Beltway Drive
Addison, Texas 75001

Lexus Financial Services
P.o. Box 8026
Cedar Rapids, IA 52409

Lawrence Charles Don
700 Eagles Landing Blvd.
Oak Point, Texas 75068-3066

# Exhibit "C!%"